# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:96CR134-06 |
| MELVIN QUICK ) | USM No: 12709-058 |
| ) | Janna D. Allison |
| Date of Previous Judgment: June 30, 1997 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 36            Amended Offense Level: 34
Criminal History Category: I           Criminal History Category: I
Previous Guideline Range: 188 to 235 months    Amended Guideline Range: 151 to 188 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction in sentence based on the defendant's significant and continued record of serious disciplinary violations while incarcerated.

　　　　　**The defendant is also serving a concurrent sentence of 188 months in Count Four on a conviction of 18 U.S.C. § 924(n).

## III. ADDITIONAL COMMENTS



Except as provided above, all provisions of the judgment dated June 30, 1997 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 24, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge